IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00043-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1.**    DAVID GREGORY DEWITT;
a/k/a Playboy

    Defendants.

_____

**ORDER TO PRODUCE EXHIBIT FOR TESTING BY DEFENSE EXPERT**
_____

    THE COURT has reviewed the Defense motion requesting that a Government agent transport Exhibit 000016 to Chematox Laboratory in Boulder, CO for testing by chemist Sarah Urfer for identification and quantitative analysis,

    IT IS HEREBY ORDERED in accordance with FED.R.CRIM.P 16(a)(1)(E), that the Government shall allow the defense to independently inspect and analyze a representative sample from the above-described drug exhibit 000016, which was seized on August 6, 2010; and

    IT IS FURTHER ORDERED that on or before February 22, 2013, ATF Task Force Officer Paul Barben, or his agent, shall deliver exhibit 000016 to *Ms. Sarah Urfer's agent, Ms. Jenny Hoover*, Assistant Laboratory Director for Chematox Laboratory, DEA License No. RC0365658, located at *5401 Western Ave., Boulder, CO 80301-0000*, with telephone no. 303-440-4500. In TFO Barben's presence, Ms. Hoover shall take a sample of exhibit 000016, and the reseal and return the remainder of the exhibit to TFO Barben; and

    IT IS FURTHER ORDERED, that upon delivery of the representative sample of the exhibit identified above to the defense expert, the defense expert shall conduct the identification and quantitative analysis ordered herein, and shall provide the Government with

an *Unsworn Declaration Under Penalty of Perjury*, under 28 U.S.C. 1746, executed by the individual who conducted the analyses, or the head of the facility where the analyses occurred, which states the controlled substance found, the quantity and purity of each sample, and either the weight of each sample returned to the Government or a statement that all of the sample was consumed during testing; and

    IT IS FURTHER ORDERED that all remaining material of the sample, after testing, is to be returned by Ms. Sarah Urfer to ATF Agent Paul Barben via registered U.S. mail, return receipt requested, or approved commercial carrier, within five (5) business days after the completion of analyses; and

    IT IS FURTHER ORDERED, in accordance with FED. R. CRIM. P. 16(b)(1)(B), that the defendant shall provide the Government with a copy of the results or report of the physical examinations and scientific tests or experiments which resulted from the analyses conducted under this Order: and

    IT IS FURTHER ORDERED, that Ms. Sarah Urfer and Ms. Jenny Hoover are to safeguard the representative sample(s) received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

    SO ORDERED this 20th day of February, 2013.

    BY THE COURT:

*[signature]*

R. Brooke Jackson
United States District Judge